**Michael Anthony KLIEBERT, Plaintiff–Appellant,**

v.

**The UPJOHN COMPANY, et al., Defendants–Appellees.**

No. 89–3406.

United States Court of Appeals, Fifth Circuit.

June 3, 1991.

C. John Caskey, Baton Rouge, La., for Michael Anthony Kliebert.

John J. Weigel, Vivian L. Madison, Jones, Walker, Waechter, Poitevent, Carrere & Denegre, New Orleans, La., for Upjohn Co.

Kathleen A. Manning, Henri Wolbrette, III, McGlinchey, Stafford, Cellini & Lang, New Orleans, La., for Pfizer, Inc.

Wm. F. Bologna, Habans & Bologna, New Orleans, La., for American Cyanamid Co., etc.

Joseph P. Gordon, Jr., Phillip C. Rouse, Henry B. Alsobrook, Jr., Adams & Reese, New Orleans, La., for Bristol–Myers Co. and E.R. Squibb & Sons, Inc.

Before CLARK, Chief Judge, BROWN, POLITZ, KING, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, SMITH, DUHÉ, WIENER, and BARKSDALE, Circuit Judges.

## ORDER

The parties have filed with this court a joint stipulation of settlement. This court having vacated the panel opinion, 915 F.2d 142, by granting rehearing en banc, 923 F.2d 47 (5th Cir.1991), the appeal is DISMISSED.